Douglas S. Stanger (DS 5141)
FLASTER/GREENBERG
A Professional Corporation
646 Ocean Heights Avenue, Suite 103
Linwood, New Jersey 08221
Phone: 609-645-1881
Chapter 7 Trustee

Order Filed on December 20, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| In Re: | CAMDEN VICINAGE |
| --- | --- |
| ROBERTO GENOVAL DEBORAH J. FLYNN, | Chapter 7 |
| | Case No. 17-14909 |
| Debtor(s) | Honorable Andrew B. Altenburg, Jr. |

**ORDER TO EXTEND TIME TO FILE COMPLAINT OBJECTING TO DISCHARGE OF DEBTOR PURSUANT TO §727 OF THE BANKRUPTCY CODE AND FOR TIME TO MOVE FOR A DISMISSAL OR CONVERSATION OF THE CASE PURSUANT TO §707**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: December 20, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

6489189 v1

**(Page 2)**
**Debtor**: Roberto Genoval and Deborah J. Flynn
**Case No**: 17-14909-ABA
**Caption of Order:** Order to Extend Time to File Complaint Objecting to Discharge of Debtor pursuant to §727 of the Bankruptcy Code and for Time to Move for a Dismissal or Conversion of the Case Pursuant to §707 of the Bankruptcy Code

**THIS MATTER** having come before the Court upon application of Douglas S. Stanger, Chapter 7 Bankruptcy Trustee, pursuant to Bankruptcy Rules to extend its time to file a complaint objecting to the debtor's discharge and for time to move for a dismissal or conversation of the case; and it appearing that a Chapter 13 petition for relief was filed by the above-captioned debtor under Chapter 13 of the United States Bankruptcy Code on March 13, 2017 in the United States Bankruptcy Court for the District of New Jersey, and the case was converted to a Chapter 7 on August 29, 2017, and is now pending therein, and for good cause shown;

**ORDERED AND ADJUDGED** that the applicant, Douglas S. Stanger, Trustee, be granted an extension of time to file a complaint objecting to the discharge of the debtor be the same hereby extended to January 31, 2018.

6489189 v1