Douglas S. Stanger (DS 5141)
FLASTER/GREENBERG
A Professional Corporation
646 Ocean Heights Avenue, Suite 103
Linwood, New Jersey 08221
Phone: 609-645-1881
Chapter 7 Trustee

Order Filed on December 20, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| In Re: | CAMDEN VICINAGE |
| --- | --- |
|  | Chapter 7 |
| ROBERTO GENOVAL  DEBORAH J. FLYNN, | Case No. 17-14909 |
| Debtor(s) | Honorable Andrew B. Altenburg, Jr. |

**ORDER TO EXTEND TIME TO FILE COMPLAINT OBJECTING TO DISCHARGE OF DEBTOR PURSUANT TO §727 OF THE BANKRUPTCY CODE AND FOR TIME TO MOVE FOR A DISMISSAL OR CONVERSATION OF THE CASE PURSUANT TO §707**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: December 20, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

6489189 v1

(Page 2)
**Debtor**: Roberto Genoval and Deborah J. Flynn
**Case No**: 17-14909-ABA
**Caption of Order**: Order to Extend Time to File Complaint Objecting to Discharge of Debtor pursuant to §727 of the Bankruptcy Code and for Time to Move for a Dismissal or Conversion of the Case Pursuant to §707 of the Bankruptcy Code

**THIS MATTER** having come before the Court upon application of Douglas S. Stanger, Chapter 7 Bankruptcy Trustee, pursuant to Bankruptcy Rules to extend its time to file a complaint objecting to the debtor's discharge and for time to move for a dismissal or conversation of the case; and it appearing that a Chapter 13 petition for relief was filed by the above-captioned debtor under Chapter 13 of the United States Bankruptcy Code on March 13, 2017 in the United States Bankruptcy Court for the District of New Jersey, and the case was converted to a Chapter 7 on August 29, 2017, and is now pending therein, and for good cause shown;

**ORDERED AND ADJUDGED** that the applicant, Douglas S. Stanger, Trustee, be granted an extension of time to file a complaint objecting to the discharge of the debtor be the same hereby extended to January 31, 2018.

6489189 v1

United States Bankruptcy Court
District of New Jersey

In re:  
Roberto Genoval  
Deborah J. Flynn  
    Debtors

Case No. 17-14909-ABA  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Dec 20, 2017  
                     Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2017.  
db/jdb      +Roberto Genoval,   Deborah J. Flynn,   710 San Fernando Road,   Cape May, NJ 08204-4120

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2017 at the address(es) listed below:
        Brian S. Thomas   on behalf of Debtor Roberto  Genoval brian@brianthomaslaw.com  
        Brian S. Thomas   on behalf of Joint Debtor Deborah J. Flynn brian@brianthomaslaw.com  
        Denise E. Carlon   on behalf of Creditor   ROUNDPOINT MORTGAGE SERVICING CORPORATION  
         dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com  
        Douglas S. Stanger   doug.stanger@flastergreenberg.com,  nj02@ecfcbis.com,  
         jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,dss@trustesolutions.net  
        Douglas S. Stanger   on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,  
         nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,  
         dss@trustesolutions.net  
        Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,  
         summarymail@standingtrustee.com  
        Nicholas V. Rogers   on behalf of Creditor   ROUNDPOINT MORTGAGE SERVICING CORPORATION  
         nj.bkecf@fedphe.com  
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                        TOTAL: 8